THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **2:06-cv-06758-FMC-PLAx** |
| Plaintiff, | [AND THE FOLLOWING CONSOLIDATED ACTIONS: United States v. $15,781.76 in U.S. Currency, et al., CV 07-1962-FMC (PLAx); and United States v. Real Property Located in Orange, California, CV 06-6759-FMC (PLAx)] |
| v. | |
| REAL PROPERTY LOCATED IN ORANGE, CALIFORNIA, | |
| Defendant. | |
| | **CONSENT JUDGMENT** |
| ELIZABETH LARA, | |
| Claimant. | [NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] |
| AND CONSOLIDATED ACTIONS | [THIS DOCUMENT PERTAINS TO United States v. $15,781.76 in U.S. Currency, et al., **2:07-cv-01962-FMC-PLAx,ONLY**]√ |

FDK:ka

1  On March 26, 2007, plaintiff United States of America
2  ("plaintiff" or the "government") filed a Complaint for
3  Forfeiture against the defendant properties as follows:
4  $15,781.76 in US Currency (the "defendant currency"); one 2002
5  Chevrolet Tahoe (the "2002 Chevrolet"); one 2003 Chevrolet Impala
6  (the "2003 Chevrolet"); and one 1998 Chevrolet Tahoe (the "1998
7  Chevrolet")(collectively the "defendant properties").  The
8  government alleged that the defendant properties were subject to
9  forfeiture pursuant to 21 U.S.C. § 881(a)(4) and (6).
10     Claimants Maricela Cortez, Mario Cortez Orozco, and
11 Elizabeth Lara (collectively "claimants") filed Statements of
12 Interest.  Claimants Maricela Cortez and Mario Cortez Orozco
13 filed their Statements of Interest on April 30, 2007.  Likewise,
14 claimant Elizabeth Lara filed her Statement of Interest on May
15 10, 2007.  No other claims, statements of interest, or answers
16 have been filed, and the time for filing claims, statements, and
17 answers has expired.
18     The government and claimants have agreed to settle this
19 forfeiture action and to avoid further litigation.
20     The Court having been duly advised of and having considered
21 the matter, and based upon the consent of plaintiff and
22 claimants,
23     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
24     1.   This Court has jurisdiction over this action pursuant
25 to 28 U.S.C. §§ 1345 and 1355.
26     2.   The Complaint for Forfeiture states a claim for relief
27 pursuant to 21 U.S.C. § 881(a)(4) and (6).
28 //

3. Notice of this action has been given as required by law. Claimants filed the only statements of interest or claims. Claimants are relieved of their duty to file answers in this action. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. Claimants agree to forfeiture as set out below. A judgment of forfeiture is hereby entered in favor of the United States, which shall dispose of the following defendant properties in accordance with the law:

(A) The United States of America shall have judgment as to $5,781.76 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of the said currency in accordance with law.

(B) $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimants Mario Cortez Orozco and Maricela Cortez. Said currency shall be forwarded by check made payable to "David M. Nisson, Esq., Attorney-Client Trust Account," and shall be mailed to David M. Nisson, Esq. at the Law Offices of David M. Nisson, 17291 Irvine Blvd., Suite 311, Tustin, California 92780.

(C) The 2003 Chevrolet is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

(D) The 1998 Chevrolet shall be returned to claimants Mario Cortez Orozco and Maricela Cortez.

//

FDK:ka

1     5.   Claimants hereby waive attorneys' fees and cost.

2     6.   Claimants will execute further documents, to the extent
3  necessary, to convey clear title to the defendant properties
4  and to further implement the terms of this Consent Judgment.

5     7.   Claimants waive the redacting and sealing requirements
6  of L.R. 79-5.4.

7     8.   Claimants hereby release the United States of America,
8  its agencies, officers, and employees, including employees of the
9  Federal Bureau of Investigation, and local law enforcement
10 agencies, their agents, officers, and employees, from any and all
11 claims, actions, or liabilities arising out of or related to this
12 action, including, without limitation, any claim for attorneys'
13 fees, costs, or interest on behalf of claimants, whether pursuant
14 to 28 U.S.C. § 2465 or otherwise.

15    9.   The Court finds that there was reasonable cause for the
16 institution of these proceedings against the defendant real
17 properties.  This judgment shall be construed as a certificate of
18 reasonable cause pursuant to 28 U.S.C. § 2465.

19    10.  The Court further finds that claimants did not
20 substantially prevail in this action, and the parties shall bear
21 their own attorneys' fees and other costs of litigation.

22 DATED: September 25, 2009

    _____
         FLORENCE-MARIE COOPER
         UNITED STATES DISTRICT JUDGE

4                                                            FDK:ka

<u>CONSENT</u>

The government and claimants consent to judgment and waive any right to appeal.

DATED: July ___, 2009          THOMAS P. O'BRIEN
                               United States Attorney
                               CHRISTINE C. EWELL
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               _____
                               FRANK D. KORTUM
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America

DATED: July ___, 2009          LAW OFFICES OF SHAWN R. PEREZ


                               _____
                               SHAWN R. PEREZ

                               Attorney for Claimant
                               Elizabeth Lara

DATED: July ___, 2009          LAW OFFICES OF DAVID M. NISSON


                               _____
                               DAVID M. NISSON

                               Attorney for Claimants
                               Mario Cortez Orozco and Maricela
                               Cortez